C. A. No. 77-85. STATE *v.* VINCENT CALCAGNI. This case is
remanded to the Superior Court so that the trial justice may
give his reasons for denying bail to the defendant in this case.
After that action has been taken, the case shall be returned
to this court forthwith. *Julius C. Michaelson,* Attorney Gen-
eral, *Nancy Marks Rahmes,* Special Asst. Attorney General,

for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III*, Asst. Public Defenders, for defendant.